UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 8:13-cr-607-T-17AEP

RASESH PATEL

## ORDER
(DKT 78)
Leave of Court is granted for the filing of the foregoing Order of Dismissal.

Dated: August 12th 2016

ELIZABETH A. KOVACHEVICH
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

T:\_Cases\Criminal Cases\P\Patel, Rashesh_2013R02647_JKR\p_Motion to Dism Indictment.docx

3